# United States Court of Appeals for the Fifth Circuit

_____

No. 25-40430
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

May 14, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

John Matthew Goines,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:24-CR-89-1

_____

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent John Matthew Goines has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Goines has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Goines's claims of

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40430

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). His sentencing challenges are barred by the appeal waiver, which the Government has invoked. *See United States v. McKinney*, 406 F.3d 744, 756 (5th Cir. 2005).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Goines's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.